IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       -v-                                          Case No. 14-CR-6147EAW(F)

MUFID A. ELFGEEH,

               Defendant.

## MOTION FOR AMENDED OMNIBUS PROTECTIVE ORDER

The United States of America, by and through William J. Hochul, Jr., United States Attorney, Western District of New York, and Brett A. Harvey and Frank H. Sherman, Assistant United States Attorneys, hereby submits this Motion for an Amended Omnibus Protective Order.

1.    On July 10, 2014, the United States filed a motion for an Omnibus Protective Order seeking to protect certain voluntary discovery material in this matter from unauthorized disclosure (Docket No. 7). The application of the United States for the Omnibus Protective Order is incorporated herein by reference as if fully set forth herein. The defendant, by and through his attorney, Mark D. Hosken, Esq., did not object to or oppose the Omnibus Protective Order proposed by the United States.

2.    On July 11, 2014, this Court granted the application of the United States and issued the Omnibus Protective Order (Docket No. 10).

3.    The United States is prepared to disclose additional voluntary discovery materials to the defense. Those materials include information and reports from a Federal

Bureau of Investigation (FBI) employee working in an undercover capacity (UCE). In anticipation of the disclosure of this information, the United States is seeking an Amended Omnibus Protective Order, which would specifically add the UCE's information and reports to the provisions of the Omnibus Protective Order. The only changes contained in the proposed Amended Omnibus Protective Order are the inclusion of references to the UCE in paragraphs 2, 3, and 24 through 28, of the original Omnibus Protective Order.

4. The proposed Amended Omnibus Protective Order has been shown to and discussed with the defendant's attorney, Mark D. Hosken, Esq. Defense counsel has informed the United States that he has no objection or opposition to the motion or the terms of the proposed Amended Omnibus Protective Order.

DATED: March 17, 2015, Rochester, New York.

        WILLIAM J. HOCHUL, JR.
        UNITED STATES ATTORNEY
        Western District of New York

BY:    s/BRETT A. HARVEY
        Assistant United States Attorney
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York  14614
        (585) 399-3949
        Brett.Harvey@usdoj.gov

BY:    s/FRANK H. SHERMAN
        Assistant United States Attorney
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York  14614
        (585) 399-3934
        Frank.Sherman@usdoj.gov