**UNITED STATES DISTRICT COURT**
<u>**WESTERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 14-CR-6147-EAW |
| | **SUPPLEMENTAL** |
| v. | **SENTENCING STATEMENT** |
| **MUFID ELFGEEH,** | |
| Defendant. | |

MARK D. HOSKEN, Supervisory Assistant Federal Public Defender for the Western District of New York, affirms as follows:

1. I am an attorney licensed to practice law in the State of New York and the United States District Court for the Western District of New York. I represent the defendant, Mufid Elfgeeh.

2. This Statement is based on my conversations with Mufid Elfgeeh, a review of the Presentence Investigation Report [hereinafter PSR], dated February 11, 2016, revised on March 2, and subsequently revised on March 7, 2016.

3. I reviewed the revised PSR with Mr. Elfgeeh. After reviewing same, Mr. Elfgeeh does not object to, nor dispute, any of the factual findings therein.

Dated:  March 8, 2016                    /s/Mark D. Hosken
                                         Mark D. Hosken
                                         Supervisory Assistant Federal Public Defender
                                         Federal Public Defender's Office
                                         28 E. Main Street, Suite 400
                                         Rochester, New York 14614
                                         (585)263-6201
                                         Mark_Hosken@fd.org
                                         Attorney for Mufid Elfgeeh

To:   Brett Harvey, AUSA
    Frank Sherman, AUSA
    Kerry Chartier, USPO

AO 72A
(Rev. 8/82)