IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                6:14CR06147-001

MUFID ELFGEEH,

          Defendant.

---

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on March 17, 2016.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, February 16, 2022.

TRINI E. ROSS
United States Attorney

BY:   s/KEVIN D. ROBINSON
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      (716) 843-5804
      Kevin.D.Robinson@usdoj.gov